# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Travelers Property Casualty Company of America, | ) ) ) |
| Plaintiff, | ) **ORDER FOR MID-DISCOVERY** ) **STATUS CONFERENCE** ) |
| v. | ) ) |
| Mark Hayashi and Schlumberger Technology Corporation, | ) ) ) |
| Defendants. | ) Case No. 1:22-cv-210 ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 22, 2024, at 10:00 AM by telephone before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 2nd day of November, 2023.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court